```
1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   YONI OVIDIO SOSA
6
```

7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | No. 2:12-cr-00370-MCE |
| | Plaintiff, ) | |
| 11 | ) | |
| | v. ) | STIPULATION AND ORDER CONTINUING |
| 12 | ) | STATUS CONFERENCE TO March 7, 2013 |
| | YONI OVIDIO SOSA, ) | |
| 13 | ANTONIO SILVA, ) | Date: January 10, 2013 |
| | JOSE LOPEZ ) | Time: 9:00 a.m. |
| 14 | Defendants. ) | Judge: Hon. Morrison C. England, Jr. |
| | ) | |
| 15 | _____ ) | |

16       **IT IS HEREBY STIPULATED** and agreed to among the UNITED STATES OF

17  AMERICA through Olusere Olowoyeye, Assistant United States Attorney,

18  YONI OVIDIO SOSA, by and through his counsel, Jeffrey L. Staniels,

19  Assistant Federal Defender, ANTONIO SILVA, by and through his counsel

20  Clemente Jimenez, and JOSE LOPEZ, by and through his attorney Dina

21  Santos, that the status conference in the above-captioned case be

22  continued from January 10, 2013 to March 7, 2013, at 9:00 a.m. for

23  status conference.

24       This continuance is sought to permit further defense preparation

25  including consideration of pretrial motions and possible non-trial

26  disposition, and accounts for the schedules of counsel, including

27  particularly involvement in a month long trial by Mr. Jimenez in

28  February.

**IT IS ALSO STIPULATED** that the interests of justice furthered by granting this continuance outweigh the interests of the public and the defendant in a speedy trial and that time for trial under the Speedy Trial Act be excluded between January 10, 2013, and March 7, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED**.

Dated: January 8, 2013  /s/ *J. Staniels for*
OLUSERE OLOWOYEYE
Assistant United States Attorney
Counsel for Plaintiff

Dated: January 8, 2013  /s/ *Jeffrey L. Staniels*
JEFFREY L. STANIELS
Assistant Federal Defender
Counsel for Defendant
YONI OVIDIO SOSA

Dated: January 8, 2013  /s/ *Clemente Jimenez*
CLEMENTE JIMENEZ
Counsel for Defendant
ANTONIO SILVA

Dated: January 8, 2013  /s/ *Dina Santos*
DINA SANTOS
Counsel for Defendant
JOSE LOPEZ

///

///

///

**O R D E R**

The stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's January 10, 2013 calendar, and re-calendared for status conference on March 7, 2013 at 9:00 a.m.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is therefore excluded from the time of filing this stipulation through and including March 7, 2013.

**IT IS SO ORDERED.**

Dated: January 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE