1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   YONI OVIDIO SOSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:12-cr-370 MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) CASE AND EXCLUDE TIME |
| | ) |
| YONI OVIDIO SOSA, et. al., | ) |
| | ) Date: March 7, 2013 |
| | ) Time: 9:00 a.m. |
| Defendants. | ) Judge: Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney, Olusere Olowoyeye, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, YONI OVIDIO SOSA, Clemente Jimenez, counsel for defendant, ANTONIO NAVARRO SILVA, and Dina Lee Santos, counsel for defendant, JOSE GILBERTO LOPEZ that the status conference now set for March 7, 2013, should be vacated and the matter continued to April 11, 2013, at 9:00 a.m. for status conference. This continuance is sought in order to consult with clients regarding investigation, motions, procedural options open to clients, and other aspects of defense preparation.

/ / /

**IT IS ALSO STIPULATED** that the interests of justice furthered by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between March 7, 2013, and April 11, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: March 5, 2013     */s/ Olusere Olowoyeye*
                         Olusere Olowoyeye
                         Assistant U.S. Attorney
                         Attorney for Plaintiff

Dated: March 5, 2013     */s/ Clemente Jimenez*
                         Clemente Jimenez
                         Attorney for Antonio Navarro Silva

Dated: March 5, 2013     */s/ Dina L. Santos*
                         Dina L. Santos
                         Attorney for Jose Gilberto Lopez

Dated: March 5, 2013     */s/ Jeffrey Lewis Staniels*
                         Jeffrey Lewis Staniels
                         Assistant Federal Defender
                         Attorney for Yoni Ovidio Sosa

**O R D E R**

Based on the above representations of counsel the court finds that the requested continuance is appropriate and that the interests of the government and the defense in granting this continuance outweigh the interests of the defendants and the public in a speedy trial. The requested continuance is therefore GRANTED. Time for trial under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* is excluded from March 7 2013, through April 11, 2013, pursuant to 18 U.S.C. §3161(h)(7(A)

-2-

&(B)(iv) and Local Code T-4.

**IT IS SO ORDERED.**

Dated: March 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE