```
HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
YONI OVIDIO SOSA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-370 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDE TIME |
| YONI OVIDIO SOSA, et. al., | |
| | Date: June 13, 2013 |
| Defendants. | Time: 9:00 a.m. |
| | Judge: Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney, Olusere Olowoyeye, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, YONI OVIDIO SOSA, and Dina Lee Santos, counsel for defendant, JOSE GILBERTO LOPEZ that the status conference now set for June 13, 2013, should be vacated and the matter continued to June 27, 2013, at 9:00 a.m. for status conference.

**IT IS SEPARATELY STIPULATED** by and between Mr. Olowoyeye and Clemente Jimenez, counsel for defendant, ANTONIO NAVARRO SILVA, that, due to Mr. Jimenez' unavailability on June 27, 2013, that the status conference scheduled for June 13, 2013, be continued until July 18, 2013, with respect to Mr. Silva. All defense counsel have just received plea

offers which they must disclose to their clients, explain them, and determine the extent to which they are a basis for proceeding, either with entries of plea or with regard to further negotiations. This continuance is sought in order to permit those aspects of defense preparation and consultation to occur.

**IT IS FURTHER STIPULATED** that the interests of justice furthered by granting this continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between June 13, 2013, and June 27, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare) with respect to defendants **YONI OVIDIO SOSA and JOSE GILBERTO LOPEZ**.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between June 13, 2013, and July 18, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare; continuity of counsel) with respect to defendant **ANTONIO NAVARRO SILVA**.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: June 12, 2013   /s/ Olusere Olowoyeye
                       Olusere Olowoyeye
                       Assistant U.S. Attorney
                       Attorney for Plaintiff

Dated: June 12, 2013   /s/ Clemente Jimenez
                       Clemente Jimenez
                       Attorney for Antonio Navarro Silva

Dated: June 12, 2013   /s/ Dina L. Santos
                       Dina L. Santos
                       Attorney for Jose Gilberto Lopez

Dated: June 12, 2013   /s/ Jeffrey Lewis Staniels
                       Jeffrey Lewis Staniels
                       Assistant Federal Defender
                       Attorney for Yoni Ovidio Sosa

**O R D E R**

Based on the above representations of counsel the court finds that the requested continuances are appropriate and that the interests of the government and the defense in granting this continuance outweigh the interests of the defendants and the public in a speedy trial. The requested continuances, to June 27, 2013, with respect to defendants **YONI OVIDIO SOSA and JOSE GILBERTO LOPEZ**, and to July 18, 2013, with respect to defendant **ANTONIO NAVARRO SILVA** are therefore GRANTED.

Time for trial under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* is excluded from June 13, 2013, through June 27, 2013, pursuant to 18 U.S.C. §3161(h)(7(A) &(B)(iv) and Local Code T-4 with respect to defendants **YONI OVIDIO SOSA and JOSE GILBERTO LOPEZ**.

Time for trial under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* is excluded from June 13, 2013, through June 27, 2013, with respect to defendants **YONI OVIDIO SOSA and JOSE GILBERTO LOPEZ**. Time for trial under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* is excluded from June 13, 2013, through July 18, 2013, pursuant to 18 U.S.C. §3161(h)(7(A) &(B)(iv) and Local Code T-4 with respect to defendant **ANTONIO NAVARRO SILVA**.

**IT IS SO ORDERED.**

Date: June 19, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Proposed Order     -3-