DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
JOSE GILBERTO LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Jose Gilberto Lopez,<br>Defendant. | No. 2:12-cr-0370 MCE<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>Date August 8, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Olusere Olowoyeye, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Jose Gilberto Lopez; that the status conference scheduled for July 18, 2013, be vacated and the matter be continued to this Court's criminal calendar on August 8, 2013,at 9:00 a.m. for further status/possible change of plea.

This continuance is requested by the defense in order to permit counsel to verify Mr. Lopez’s criminal history. The Probation Department has informed Counsel that they cannot run a criminal rap sheet, nor a DMV rap sheet without a Court order and therefore they cannot give Counsel any assistance at this point in determining Mr.

Lopez's criminal history. The Probation Department directed Counsel to Pre-trial services. After consultation with pretrial services, it appears that there are some traffic matters that may in fact eliminate Mr. Lopez from qualifying for the safety valve. Without an accurate DMV and criminal rap sheet, either myself or my investigator will have to travel to each of the counties where the traffic matters took place and pull the court file in an attempt to determine my client's criminal history. Counsel for the Government has informed the Defense that they have made requests for a current DMV and criminal rap sheet and they will provide it as soon as possible. I cannot properly advise my client of the consequences of his plea without fully investigating whether or not he will qualify for safety valve and therefore more time is necessary.

The parties further stipulate and agree that the Court shall find that: (1) the failure to grant a continuance in this case would deny defendant and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; (2) the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial; and (3) the time period from the date of this stipulation, to and including, the new status conference hearing shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 pertaining to defense preparation.

It is further stipulated that all parties have conferred and agreed to the August 8,2013 date, and that all parties have consented to Ms. Santos signing and submitting this stipulation.

**IT IS SO STIPULATED.**

Dated: July 16, 2013

/S/ Dina L. Santos
DINA L. SANTOS
Attorney for
Jose Gilberto Lopez

Dated: July 16, 2013

/S/ Olusere Olowoyeye
OLUSERE OLOWOYEYE
Assistant United States Attorney

**O R D E R**

Pursuant to the parties' stipulation, the status conference currently scheduled for July 18, 2013, is hereby vacated and **continued to August 8, 2013,at 9:00 a.m.** in Courtroom 7. The time period from the date of the parties' stipulation, to and including August 8, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

**Date:** July 23, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT