```
1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   JOSE GILBERTO LOPEZ
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-cr-00370 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| Jose Gilberto Lopez, ) | |
| Defendant. ) | |
| ) | Date   September 12, 2013 |
| _____ ) | Time:  9:00 a.m. |
| ) | Judge: Hon. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Olusere Olowoyeye, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Jose Gilberto Lopez; that the status conference scheduled for August 8, 2013, be vacated and the matter be continued to this Court's criminal calendar on September 12, 2013, at 9:00 a.m. for further status/possible change of plea.

This continuance is requested by the defense in order to conduct investigation in the case and to continue to negotiate a plea agreement with the Government.

The parties further stipulate and agree that the Court shall find that: (1) the failure to grant a continuance in this case would deny

defendant and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; (2) the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial; and (3) the time period from the date of this stipulation, to and including, the new status conference hearing shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 pertaining to defense preparation.

It is further stipulated that all parties have conferred and agreed to the September 12, 2013 date, and that all parties have consented to Ms. Santos signing and submitting this stipulation.

**IT IS SO STIPULATED.**

Dated: August 6, 2013      /S/ Dina L. Santos
                           DINA L. SANTOS
                           Attorney for
                           Jose Gilberto Lopez


Dated: August 6, 2013      /S/ Olusere Olowoyeye
                           OLUSERE OLOWOYEYE
                           Assistant United States Attorney

**O R D E R**

IT IS SO FOUND AND ORDERED. The time period from the date of the parties' stipulation to and including September 12, 2013, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4. The status conference currently set for August 8, 2013, is hereby vacated and **continued to September 12, 2013, at 9 a.m.** in Courtroom 7. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Date: August 07, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT