1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   JOSE GILBERTO LOPEZ
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,      ) No. CR-S 12-0370 MCE
                                  )
12             Plaintiff,         )
                                  ) STIPULATION AND ORDER VACATING
13    v.                          ) DATE, CONTINUING CASE, AND
                                  ) EXCLUDING TIME
14 Jose Gilberto Lopez,           )
               Defendant.         )
15                                ) Date   September 26, 2013
   _____) Time:  9:00 a.m.
16                                ) Judge: Hon. England

17

18     **IT IS HEREBY STIPULATED** by and between Assistant United States
19 Attorney Olusere Olowoyeye, Counsel for Plaintiff, and Attorney Dina L.
20 Santos, Counsel for Defendant Jose Gilberto Lopez; that the status
21 conference scheduled for September 12, 2013, be vacated and the matter
22 be continued to this Court's criminal calendar on September 26, 2013, at
23 9:00 a.m. for further status/possible change of plea.
24     This continuance is requested by the defense in order to finalize
25 some changes to the plea agreement.
26     The parties further stipulate and agree that the Court shall find
27 that:  (1) the failure to grant a continuance in this case would deny
28 defendant and defense counsel reasonable time necessary for effective

preparation, taking into account the exercise of due diligence; (2) the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial; and (3) the time period from the date of this stipulation, to and including, the new status conference hearing shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 pertaining to defense preparation.

It is further stipulated that all parties have conferred and agreed to the September 26,2013 date, and that all parties have consented to Ms. Santos signing and submitting this stipulation.

**IT IS SO STIPULATED.**

Dated: Sept. 10, 2013 /S/ Dina L. Santos
DINA L. SANTOS
Attorney for
Jose Gilberto Lopez

Dated: Sept. 10, 2013 /S/ Olusere Olowoyeye
OLUSERE OLOWOYEYE
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Date: September 12, 20

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT